```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                      Case No. 2:93-cr-190-1

Eugene Slusker

<u>ORDER</u>

The above defendant was previously convicted of conspiracy to evade federal excise taxes, and was sentenced to a term of imprisonment, to be followed by a term of supervised release. On March 13, 2000, the defendant's probation officer filed a petition with the court for revocation of defendant's supervised release, and a warrant was issued for defendant's arrest. The Probation Office has now informed the court that defendant was deported from the United States. The petition for revocation of defendant's supervised release is moot. The arrest warrant previously issued on March 13, 2000, is hereby vacated, and the revocation petition is dismissed.

Date: February 26, 2015           <u>    s/James L. Graham    </u>
                                       James L. Graham
                                       United States District Judge